**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

RAS SHAKUULA QIONNA, RAS DULLAH TAFARI,
and RAS NOBLE CENTURION TAFARI				PLAINTIFFS

V.								NO. 4:05MC002-JAD

CHRISTOPHER EPPS,						DEFENDANT

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to prosecute, in accordance with Rule 41(b), Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

THIS the 8th day of September, 2006.

/s/ Glen H. Davidson
Chief Judge